UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAVELL WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-895** |
| **KILOLO KIJAKAZI, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | **SECTION "B" (2)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 14th day of April, 2022

_____
SENIOR UNITED STATES DISTRICT JUDGE